CITY OF NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.

No. 82–293. NORTH SHORE UNIVERSITY HOSPITAL ET AL. *v.* NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. JUSTICE BLACKMUN would dismiss the appeal for want of substantial federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 82–5488. WAYLAND *v.* INTERNAL REVENUE SERVICE ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. — – ——. ROSS *v.* WOODARD, CHAIRMAN, NORTH CAROLINA PAROLE COMMISSION. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. D–262. IN RE DISBARMENT OF AUWAERTER. Disbarment entered. [For earlier order herein, see 456 U. S. 902.]

No. D–267. IN RE DISBARMENT OF DEFAZIO. Disbarment entered. [For earlier order herein, see 456 U. S. 956.]

No. D–286. IN RE DISBARMENT OF NADLER. Disbarment entered. [For earlier order herein, see 458 U. S. 1127.]

No. D–290. IN RE DISBARMENT OF SPIRO. Demetri M. Spiro, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be